# IN THE SUPREME COURT OF THE STATE OF NEVADA

GOLDEN BOY PROMOTIONS, INC., A
CALIFORNIA CORPORATION,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE TIMOTHY C.
WILLIAMS, DISTRICT JUDGE,
Respondents,
and
POUND FOR POUND PROMOTIONS,
INC., A NEVADA CORPORATION,
Real Party in Interest.

No. 82251

**. FILED**

MAR 0 9 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original petition for a writ of mandamus or prohibition challenges a district court order denying a motion to stay proceedings in a contract action.[1] Having considered the petition and its supporting documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849,

---

[1]We construe petitioner's request for "other extraordinary relief" as a request for a writ of prohibition.

21-06875

851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc:     Hon. Timothy C. Williams, District Judge
        Greenberg Glusker Fields Claman & Machtinger
        Kennedy & Couvillier, PLLC
        Anderson McPharlin & Conners LLP/Las Vegas
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A